SOLOMON ZWEIG, as Administrator, etc., of MAX ZWEIG, Deceased, Appellant, v. HENRY J. GLASSER, Respondent.— Judgment dismissing the complaint reversed and a new trial granted, with costs to appellant to abide the event, on the ground that it was for the jury to pass on the questions of care by the parents of the infant plaintiff, also plaintiff's own degree of responsibility, as well as the ownership of the truck and respecting the care by the driver.    Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

CHARLES FILENBAUM, Respondent, v. ABRAHAM SCHWARTZ, Appellant.— Application denied, with ten dollars costs.

SARAH GENATT, Appellant, v. MAX RUBINSON, Respondent.— Application denied, with ten dollars costs.

SOL GROSS and Others, Copartners, etc., Respondents, v. THE HARRIS COMPANY, INC., Appellant.— Application denied, with ten dollars costs.

ROYAL TABLE COMPANY, Appellant, v. LOUIS SHULSKY, Respondent.— Application denied, with ten dollars costs.

FRANK X. SULLIVAN, Respondent, v. JOSEPH MEZZACAPPA, as President, etc., Appellant.— Application denied, with ten dollars costs.